**FORM 8.  Entry of Appearance**

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

_____KAREN A. WILSON_____ v. UNITED STATES POSTAL SERVICE

No. 14-3206

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3.  Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se    ✓ As counsel for:    Karen A. Wilson
                                  Name of party

I am, or the party I represent is (select one):

✓ Petitioner    ☐ Respondent    ☐ Amicus curiae    ☐ Cross Appellant
☐ Appellant     ☐ Appellee      ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant    ☐ Respondent or appellee

My address and telephone are:

Name: Derek J. Krebs, Esq.
Law firm: Kitchens New Cleghorn, LLC
Address: 2973 Hardman Court
City, State and ZIP: Atlanta, GA  30305
Telephone: (678) 244-2880
Fax #: (678) 244-2883
E-mail address: derek.krebs@knclawfirm.com

Statement to be completed by counsel only (select one):

☐ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

✓ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 4/29/2014

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

☐ Yes    ✓ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

 October 2, 2014                          /s/ Joyce E. Kitchens
      Date                          Signature of pro se or counsel

cc: See Certificate of Service