Form 8

FORM 8. Entry of Appearance

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

KAREN A. WILSON    v.    UNITED STATES POSTAL SERVICE

No. 14-3206

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

[ ] Pro Se    [✓] As counsel for:    KAREN A. WILSON
                                     Name of party

I am, or the party I represent is (select one):

[✓] Petitioner    [ ] Respondent    [ ] Amicus curiae    [ ] Cross Appellant
[ ] Appellant     [ ] Appellee      [ ] Intervenor

As amicus curiae or intervenor, this party supports (select one):

[ ] Petitioner or appellant    [ ] Respondent or appellee

My address and telephone are:

| | |
|---|---|
| Name: | Stuart A. Miller, Esq. |
| Law firm: | Kitchens New Cleghorn, LLC |
| Address: | 2973 Hardman Court |
| City, State and ZIP: | Atlanta, GA 30305 |
| Telephone: | (678) 244-2880 |
| Fax #: | (678) 244-2883 |
| E-mail address: | stu.miller@knclawfirm.com |

Statement to be completed by counsel only (select one):

[ ] I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

[✓] I am replacing Joyce E. Kitchens as the principal attorney who (will)/will not remain on the case. [Government attorneys only.]

[ ] I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): October 9, 2014

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

[✓] Yes    [ ] No

[ ] A courtroom accessible to the handicapped is required if oral argument is scheduled.

November 12, 2014                              /s/ Stuart A. Miller
     Date                             Signature of pro se or counsel

cc: See Certificate of Service

123